## 2917 M & S Corporation Liquor License Case.

Argued March 22, 1966. *James Iannucci,* Special Assistant Attorney General, with him *I. Harry Checchio,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Samuel Moonblatt,* with him *Berk, Masino and Moonblatt,* for appellee.

Order affirmed.

WRIGHT, J., dissented.

## Vigman *v.* Warren, Appellant.

Argued March 23, 1966. *Norman P. Zarwin,* with him *Zarwin, Prince, Baum & Steerman,* for appellant; *Abe Lapowsky,* for appellee.

Order affirmed.